## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Lois Bloom                          DATE:  9/11/19

DOCKET NUMBER:  19-795M                                LOG #:  11:31 - 12:02

DEFENDANT'S NAME:  ✓ Jason Seto
                   ✓ Present    ___ Not Present     ✓ Custody   ___ Bail

DEFENSE COUNSEL:   James Branden
                   ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A:  Philip Pilmar                                CLERK:  Felix Chin

INTERPRETER: _____  (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

✓ Bond set at  $250,000 .  Defendant ___ released  ✓ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

2  Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

3  (Additional) surety/ies to co-sign bond by  release

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Dfse counsel presented a bail package with 4 sureties; govt opposed; Court sets bond @ $250,000. Order of detention entered pending bond satisfaction.