## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG.   **PEGGY KUO**                                    DATE : _____10/11/19_____

DOCKET NUMBER:  19CR449(WFK)                      FTR # : **11:35 – 11:37am**

DEFENDANT'S NAME : Jason Seto
___X___ Present        _____ Not Present        ___X___ Custody        _____ Bail

DEFENSE COUNSEL:   _James Branden_
_____ Federal Defender    ___X___ CJA                _____ Retained

A.U.S.A:   Philip Pilmar_____        CLERK:  E Williams

INTERPRETER:                                                (Language)

Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_✓_ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.   _____  Defendant's first appearance.

   ____ Bond set at _____.
   Defendant ___ released ___ held pending satisfaction of bond conditions.
   ____ Defendant advised of bond conditions set by the Court and signed the bond.

   ____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

   ____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail
   application / package. Order of detention entered with leave to reapply to a Magistrate
   or to the District Court Judge to whom the case will be assigned.
_✓_ Order of Excludable Delay/Speedy Trial entered.  Start _10|11|19_   Stop _11|12|19_

____ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_✓_ Status conference set for _11|12|19_  @ _12:30pm_ before Judge _Kuntz_

Other Rulings: _____
_____
_____
_____
_____