UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

    v.

JASON SETO,

            Defendant.
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 29 2019 ★
BROOKLYN OFFICE

SCHEDULING ORDER
19-CR-449 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

Due to an unanticipated change in the Court's schedule, the Court hereby adjourns the status conference currently scheduled for November 12, 2019 to Thursday, December 3, 2019 at 11:30 A.M. in Courtroom 6H North before the Honorable William F. Kuntz, II. Time is being excluded in the interest of justice from November 12, 2019 to December 3, 2019. *See* 18 U.S.C. § 3161(h)(7).

                                    **SO ORDERED.**

                                      s/WFK
                              HON. WILLIAM F. KUNTZ, II
                              UNITED STATES DISTRICT JUDGE

Dated: October 25, 2019
       Brooklyn, New York