The Law Office of
James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

November 27, 2019

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Jason Seto
        Cr. Docket No. 19-449 (WFK)

Dear Judge Kuntz:

  I represent Mr. Seto in the above-referenced matter. The first status conference was originally set for November 12 and then moved by the Court to December 3, 2019. Unfortunately, I will be out of the country on December 3, and returning to work on Monday, December 9, 2019. I request that the conference be further adjourned to one of the following dates and time: 12/9 (afternoon); 12/10 (afternoon); 12/12 (afternoon); 12/13 (morning); 12/17 (anytime); 12/19 (anytime) or 12/20 (anytime).

  As to the present status of the matter, the government has made some initial Rule 16 disclosures and the parties are engaged in plea negotiations.

            Very truly yours,

            _____/s/_____
            James M. Branden