UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        v.

JASON SETO,

           Defendant.

------------------------------------------------------------X

**SCHEDULING ORDER**
19-CR-449 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of defense counsel's letter seeking an adjournment (ECF No. 14), the Court hereby adjourns the status conference to Thursday, December 12, 2019 at 3:00 P.M. in Courtroom 6H North before the Honorable William F. Kuntz, II. Time is being excluded in the interest of justice from December 3, 2019 to December 12, 2019. *See* 18 U.S.C. § 3161(h)(7).

**SO ORDERED.**

s/WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: December 2, 2019
      Brooklyn, New York